IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
APR 05 2024
Clerk, U.S. District Court
By: N.Coop          Deputy Clerk

Celisha Towers                    )
_____  )
_____  )
(Enter above the full name of the Plaintiff(s))  )

vs.                               )   Case Number 24-cv-4024
                                  )
Unified Government of Wyandotte County
Name and Kansas City, Kansas et al
710 N 7th St
Street and number
Kansas City     KS    66102
City            State   ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff  Celisha Towers
     Address  11216 Delaware Pkwy. #4409
              Kansas City, Kansas 66109

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Unified Government of Wyandotte County** and **Kansas City Kansas et al.** is employed at **Government Agency (Unified)**

C. Additional Defendants **Zachary Hunt, David Thaxton, Frances Shepard, Meredith Sullivan, Danielle Abbott, Carla Soptic, Henry Couchman Jr., Michael Abbott, Daniel Soptic, Jeffrey Conway; Unified Government Board of Commissioners; Don Ash, Suzanne Bishop, Matt Watkins, Mt. Zion Missionary Baptist Church; Doug Bauch; Kansas Department of Children and Family Services, Ernesto Terrazas; C.L. Bachus; Andrew Carver; Olivet Institutional Baptist Church; et al.**

*Daniel Anderson, Fraternal Order of Police Lodge #40*

II. Jurisdiction:
*19th Amendment*
*18 USC § 1962 (c)(d), USC 1331; 14th Amendment*
*Title 18 § 1513*
*Title VII civil rights USC § 2000e as amended*

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of **Kansas**.

2. The first-named defendant above is either

   a. a citizen of the State of **Kansas**; or

   b. a corporation incorporated under the laws of the State of **Kansas** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of **Kansas**; or

   b. a corporation incorporated under the laws of the State of **Kansas** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☒ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title **18**, Section **1962.(c)(d)**

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3. Other grounds (specify and state any statute which gives rise to such grounds):

14th Amendment; 19 Amendment of the US Constitution; Title 52 - Voting Elections; 27th Amendment The Civil Rights Act of 1964; RICO Conspiracy 18 § USC § 1962(c)(d) Mail Fraud; Retaliation - 18 § USC 1513

III. Statement of Claim:

Sexual abuse of minor while ward of state on Federal grounds across state lines while in Foster Care almost for Ten years.

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

M. Abbott used the election office to defraud the United States by fraudulently reporting elections results; not counting ballots; Racial Discrimination; Employment Discrimination; Private Parties and Business involved. Violated Plaintiff 14th Amendment, 19th Amendment Rights;

IV. Relief: Treble Damages; Overturn Election
FBI file Criminal charges for max 20 years each charge

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Back Pay, Damages → Treble Damage back pay
Punitive Damages
Attorney Fees once applicable; Declaratory Judgement (order) in related Court case for reinstatement.

Injunctive Relief; FBI and DA monitor and confiscate poll tapes to bring criminal charges.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒ No ☐

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$1,000,000 for each year in foster care. Treble Damages of 2017, 2021 ~~primary~~ and general. Punitive Damages; Back pay since 2016 in Treble Damages.

- Continue Wrong Doctrine Tolls Statute of Limitations. ~ Right to Suit DOJ
- RICO Conspiracy private party can recover in treble damage.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒   No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

17-2615 ; 21-4089 ; 21-3221 → 21-cv-02564
↑
Tenth circuit
Not All claims, some are original

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Some claims are original;

IX. Related Litigation:

Please mark the statement that pertains to this case:

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 21-4089 and assigned to the Honorable Judge JWL - ADM.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding. Some Original Claims

_____
Signature of Plaintiff

Celisha Towers
Name (Print or Type)

11216 Delaware Pkwy #4409
Address       KCKS 66109

5

<u>Kansas City</u>  <u>KS</u>  <u>66109</u>
City                State      Zip Code

<u>913-717-9378</u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita, [ ] Kansas City, or [ ] Topeka }, Kansas as the
                              (Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [X] Yes or [ ] No }
                                    (Select One)

_____
Signature of Plaintiff

Dated: <u>4-5-2024</u>
(Rev. 10/15)

6