FILED
U.S. District Court
District of Kansas

JUL 0 8 2024

Clerk, U.S. District Court
By **QRK** Deputy Clerk

24-CV-04024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Unified Govt of Wyandotte County and Kansas City, Kansas et al.**
was received by me on *(date)* **4-5-24**.

☐ I personally served the summons on the individual at *(place)* **710 N 7th St KCK 66101**
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Certified mail UG Legal office**
Tracking # 9505-5152-1467-4190-6332-06, a person of suitable age and discretion who resides there,
on *(date)* **7-8-24**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Legal Holiday Deadline Exstention to next clerk of court available DAY. Court closed on 7-5-24.**

My fees are $ **9.85** for travel and $ **—** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7-8-24**

_____
Server's signature

**Celisha Towers    US Certified Mail**
Pro Se
Printed name and title

**11216 Delaware Pkwy KCK 66102**
Server's address

Additional information regarding attempted service, etc: